**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EBONEE JACQUESE BELL**                                                    **PLAINTIFF**
**ADC #711204**

**v.**                              **Case No. 1:19-cv-00033-KGB-JTK**

**KARA HENDRIX,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 4). No objections have been filed, and the time to file objections has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in part as this Court's findings (*Id.*). Judge Kearney recommends dismissing with prejudice plaintiff Ebonee Jacquese Bell's complaint; the Court instead dismisses without prejudice Ms. Bell's complaint (Dkt. No. 1). Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 19th day of December, 2019.

Kristine G. Baker
United States District Judge