**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**EBONEE JACQUESE BELL**                                                            **PLAINTIFF**
**ADC #711204**

**v.**                               **Case No. 1:19-cv-00033-KGB-JTK**

**KARA HENDRIX,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff

Ebonee Jacquese Bell's complaint is dismissed.

It is so adjudged this 19th day of December, 2019.

_____
Kristine G. Baker
United States District Judge